| | |
|---|---|
| COUNTY OF | INDEX # : 08-CV-01284 |
| UNITED STATES DISTRICT COURT | Date Filed: February 8, 2008 |
| DISTRICT: SOUTHERN DISTRICT OF NEW YORK | |

ATTORNEY(S): GABOR & GABOR   PH: 516-248-2525
ADDRESS: 400 GARDEN CITY PLAZA GARDEN CITY NY 11530   File No.:

*TERIANNE FREEMAN*

*Plaintiff(s)/Petitioner(s)*

vs

*HIP HEALTH PLAN OF NEW YORK*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

## AFFIDAVIT OF SERVICE

___HARRY TORRES___, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On __Monday, February 25, 2008__ at __10:39 AM__, at __55 WATER STREET-LOBBY, New York, NY 10041__, deponent served the within __Summons in a Civil Action and Complaint and Jury Demand__

on: __HIP HEALTH PLAN OF NEW YORK__, __Defendant__ therein named.

**#1 INDIVIDUAL** [ ]  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORP.** [X]  By delivering thereat a true copy of each to __LORRAINE FRANKS__ personally, deponent knew said __Domestic Corporation__ so served to be the __Domestic Corporation__ described in same as said recipient and knew said individual to be the managing/authorized agent of the __Domestic Corporation__, and said person stated that he/she was authorized to accept service on behalf of the __Domestic Corporation__.

**#3 SUITABLE AGE PERSON/ PARTNERSHIP** [ ]  By delivering a true copy of each to _____, _____, a person of suitable age and discretion. Said premises is recipient's: [ ] actual place of business   [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ]  By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business   [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat

on _____ at _____
on _____ at _____
on _____ at _____
on _____ at _____

Address confirmed by _____

**#5 MAIL COPY** [ ]  On _____, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope not indicating that mailing was from an attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

**#6 DESC.** [X] (use with #1, 2 or 3)  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: __Female__   Color of skin: __White__   Color of hair: __Red__   Age: __36-50 Yrs__   Height: __5' 0" - 5' 3"__
Weight: __100 - 130 Lbs__   Other Features: _____

**#7 WIT. FEES** [ ]  the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#8 MIL. SRVC** [ ]  Your deponent asked the person spoken to whether defendant was in the active military service of the United States or N. Y. State; and received a negative reply. Upon information and belief I have; being based on the conversations & observations above narrated, defendant is not in the military service.

**#9 OTHER** [ ]

Sworn to before me on __March 3, 2008__

VANESSA JOHNSON
NOTARY PUBLIC, State of New York
No. 01J06166083, Qualified in Kings County
Term Expires May 14, 2011

HARRY TORRES
Server's Lic # 0915257
Invoice·Work Order # 0152366