UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/08

------------------------------------------------------------

TERIANNE FREEMAN,

                         Plaintiff,

    -against-                              08 Civ. 01284 (PKC)

HIP HEALTH PLAN OF NEW YORK,        **STIPULATION AND ORDER**

                        Defendant.

------------------------------------------------------------x

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, that the time for defendant to answer, move or otherwise respond to the complaint is extended through and including April 7, 2008.

Dated: New York, New York
       March 7, 2008

GABOR & GABOR

By: _____
    David G. Gabor (DGG-9979)
900 Garden City Plaza
Suite 406
Garden City, New York 11530
(516) 248-2525
*Attorneys for Plaintiff*
*Terianne Freeman*

STROOCK & STROOCK & LAVAN LLP

By: _____
    Howard S. Lavin (HSL-9272)
180 Maiden Lane
New York, New York 10038
(212) 806-5400

*Attorneys for Defendant*
*Health Insurance Plan of Greater New York d/b/a*
*HIP Health Plan of New York*

SO ORDERED:

_____
                U.S.D.J.