UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
TERIANNE FREEMAN,

                        Plaintiff,

    -against-                                  08 Civ. 01284 (PKC)

HIP HEALTH PLAN OF NEW YORK,         <u>**Rule 7.1 Disclosure Statement**</u>

                        **Defendant.**
---------------------------------------------------------------x

        Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendant Health Insurance Plan of Greater New York d/b/a HIP Health Plan of New York certifies that the parent corporation of defendant is EmblemHealth Inc. and that there is currently no publicly held corporation owning 10% or more of defendant's stock.

Dated: New York, New York
       April 7, 2008

                                                   STROOCK & STROOCK & LAVAN LLP

                                                   By:   /s/ Howard S. Lavin
                                                      Howard S. Lavin (HL-9272)
                                                        Elizabeth E. DiMichele (ED-6650)
                                                        180 Maiden Lane
                                                        New York, NY 10038
                                                        (212) 806-5400
                                                        Attorneys for Defendant
                                                           *Health Insurance Plan of Greater New York*

NY 71381227v1