UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Terianne Freeman

                Plaintiff,

     -against-

HIP Health Plan of New York

                Defendant.
------------------------------------------------------------X

[Stamp: USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 4-18-08]

~~ORDER OF REFERENCE~~
TO A MAGISTRATE JUDGE

08 Civ. 1284 (PKC)(JCF)

     The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*
_____
_____

     If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

_X_ Settlement* The parties advise they would be Ready for a settlement conference _____
_____

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

     Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

     Particular Motion:_____
_____

     All such motions: ___

* Do not check if already referred for general pretrial.

**SO ORDERED.**

                                              [signature]
                                          P. Kevin Castel
                                        United States District Judge

DATED: New York, New York
           April 18, 2008