```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/08
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------ x

TERIANNE FREEMAN,

            Plaintiff,

    -against-

HIP HEALTH PLAN OF NEW YORK,

            Defendant.

------------------------------------------------ x

08 CV 01284 (PKC)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties hereto, that, pursuant to Rule 41 (a) of the Federal Rules of Civil Procedure, this action is hereby dismissed with prejudice, and without costs to any party or against any other party, in consideration of a confidential settlement agreement among the parties, dated as of July 28, 2008.

Dated: New York, New York
        August ___, 2008

GABOR & GABOR

By: _____
David G. Gabor (DGG-9979)
900 Garden City Plaza, Suite 406
Garden City, New York 11530
(516) 248-2525
*Attorneys for Plaintiff*
*Terianne Freeman*

STROOCK & STROOCK & LAVAN LLP

By: _____
Elizabeth E. DiMichele (EED-6650)
180 Maiden Lane
New York, New York 10038
(212) 806-5400
*Attorneys for Defendant*
*Health Insurance Plan of Greater New York*
*d/b/a HIP Health Plan of New York*

SO ORDERED:

_____
U.S.D.J.

8-29-08

NY 71695387v1